AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| United States of America | ) |
| v. | ) |
| | ) Case No.  3:14-cr-30144-NJR-3 |
| | ) |
| | ) |
| | ) |
| FETERA D. McCARTER | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FETERA D. McCARTER ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of Conditions of Pre-Trial Release

Date:   04/14/2015

*Issuing officer's signature*

City and state:   East St. Louis, IL

Donald G. Wilkerson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04-14-15 , and the person was arrested on *(date)* 04-14-15
at *(city and state)* East St. Louis, IL .

Date:  04-14-15

*Arresting officer's signature*

Angel Jones, Criminal Clerk
*Printed name and title*

1525-0415-0955-J